No. 7,530.—C. B. CALKINS, Respondent, *v.* JUSTICE COURT OF STEVENS TOWNSHIP et al., Appellants.

Decided April 25, 1936.

PER CURIAM.—The appellants herein having filed in this court their petition for dismissal of their appeal as settled, it is ordered that the appeal be and the same is hereby dismissed.

*Mr. George T. Baggs, Mr. E. C. Kurtz* and *Mr. J. D. Taylor,* for Appellants.